IN RE WATSON

No. 539P84.

Case below: 70 N.C. App. 120.

Petition by Bledsoe Watson for discretionary review under G.S. 7A-31 denied 27 February 1985.

INTERNATIONAL MINERALS v. MATTHEWS

No. 683P84.

Case below: 71 N.C. App. 209.

Petition by defendant for discretionary review under G.S. 7A-31 denied 27 February 1985.

IRELAND v. IRELAND

No. 555P84.

Case below: 70 N.C. App. 344.

Petition by defendant for discretionary review under G.S. 7A-31 denied 27 February 1985.

JOYNER v. J. P. STEVENS AND CO.

No. 28P85.

Case below: 71 N.C. App. 625.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 27 February 1985.

LAMBE-YOUNG, INC. v. COOK

No. 617P84.

Case below: 70 N.C. App. 588.

Petition by defendant for discretionary review under G.S. 7A-31 denied 27 February 1985.